

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT CARVER, | § | No. 08-12-00300-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2010-2243-D) |

**O R D E R**

Pending before the Court is Appellant's *pro se* Motion to Invoke Right to Self-Representation ("Motion") for the above-numbered appeal. We previously abated this appeal to allow the trial court to conduct a hearing on the Motion and, the trial court held a hearing on this matter, we hereby reinstate this appeal. The trial court issued the following findings of fact and conclusions of law:

1. Appellant desires to prosecute the appeal;

2. Appellant's request to remove appointed counsel and represent himself on appeal does not appear to be an attempt to obstruct court procedure or interfere with the administration of justice;

3. Appellant appears to be aware of the dangers and disadvantages of self-representation on appeal;

1

4. Appellant is aware that if he is allowed to represent himself, the brief previously filed by appointed counsel will be stricken and will not be considered by the Court of Appeals for any purpose; and

5. Appellant's decision to represent himself on appeal appears to be competently and intelligently made.

Having considered the Motion and the findings of fact and conclusions of law issued by the trial court, Appellant's Motion is hereby GRANTED.

IT IS ORDERED that Appellant shall file his brief in this case no later than forty-five (45) days from the date of this order;

IT IS FURTHER ORDERED that the brief filed by Appellant's previous appointed counsel are hereby stricken.

IT IS SO ORDERED this 16th day of July, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.